**Emergency Motion for Temporary Relief GRANTED AND Order filed February 3, 2017.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-17-00093-CV
_____

## IN RE MOST WORSHIPFUL PRINCE HALL GRANDE LODGE OF TEXAS AND JURISDICTIONS FREE AND ACCEPTED MASONS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1082736**

---

## ORDER

On February 3, 2017, relator Most Worshipful Prince Hall Grande Lodge of Texas and Jurisdictions Free and Accepted Masons, filed a petition for writ of

mandamus in this court. Relator asks this court to order the Honorable Roberta Lloyd, Judge of the County Civil Court at Law No 4, in Harris County, Texas, to set aside the court's Final Judgment, signed on January 30, 2017, in trial court number 1082736.

Relator also has filed an opposed emergency motion for temporary relief asking our court to stay the Final Judgment pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's emergency motion for temporary relief and issue the following order:

We **ORDER** the Final Judgment, signed on January 30, 2017, in trial court cause number 1082736, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Gregory August, Johnnie L. Jones, Mack Prince Deshay, and Arthur C. Mays, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before February 17, 2017. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Jewell.